JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMON MORRISON, ) | Case No. CV 16-68-GW(SP) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| JEFF MACOMBER, Warden, ) | |
| Respondent. ) | |
| _____ ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 8, 2017

_____

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE